FILED

APR 16 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANTHONY JOSE MEYERS,<br><br>   Defendant. | No. CR 12-00248 PJH (DMR)<br><br>DETENTION ORDER |

## I. DETENTION ORDER

Defendant Anthony Jose Meyers is charged in an indictment with violations of 21 U.S.C. § 846 (conspiracy to distribute and to possess with intent to distribute five kilograms or more of cocaine); 21 U.S.C. § 1951(a) (conspiracy to commit robbery affecting interstate commerce); and 18 U.S.C. § 924(c)(1)(A)(I) (possession of a firearm during and in relation to and in furtherance of a crime of violence and drug trafficking crime). On April 2, 2012, the United States moved for Mr. Meyers' detention and asked for a detention hearing as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a full bail study. On April 4, 2012, at the joint request of the parties, the court continued the detention hearing to April 16, 2012. At the April

DETENTION ORDER
CR 12-00248 PJH (DMR)                                1

cc: Copy to parties via ECF, Pretrial Services, Nichole, 2 Certified copies to
                                                          U.S. Marshal

16, 2012 hearing before this Court, Defendant submitted to detention. Defendant also waived the timing of his right to proffer information at a detention hearing, ( *see* 18 U.S.C. § 3142(f)), retained his right to raise any additional relevant information at a later hearing, and waived written findings of fact and a written statement of the reasons for the detention. *See* 18 U.S.C. § 3142(i)(1). The Court notes that Defendant currently is subject to an active state probation hold.

## II. CONCLUSION

The Court detains Mr. Meyers. Because Defendant waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: April 16, 2012

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 12-00248 PJH (DMR)                                    2