UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff/Respondent,<br><br>　　v.<br><br>ANTHONY JOSE MEYERS,<br><br>　　　　Defendant/Movant. | Case No. 12-cr-00248-PJH-3<br><br>**ORDER RE BRIEFING ON DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

　　　　Before the court is the pro se motion for compassionate release filed by defendant Anthony Jose Meyers.  See Dkt. 218.  On September 20, 2021, the court set a briefing schedule on defendant's motion, giving the government until October 4 to file an opposition, and giving defendant seven days thereafter to file a reply.  See Dkt. 220.

　　　　Defendant filed its opposition brief on October 4, 2021.  See Dkt. 222.  However, the government did not file a proof of service indicating that the opposition had been served by mail on defendant, who is in custody.

　　　　On October 18, 2021, the court received a handwritten letter from defendant.  See Dkt. 223.  In the letter, defendant states that he received the court's order setting a briefing schedule, but "I haven't heard anything since."  Id.  Defendant further states in the letter that he has been unable to visit the law library due to COVID-19 restrictions.

　　　　Because it appears that defendant has not received a copy of the government's opposition to his compassionate release motion, the court hereby DIRECTS the government to serve a copy of its opposition brief and exhibits upon defendant by regular mail, and then to file a proof of service on this case's docket.  The government shall have

until **October 28, 2021** to serve defendant and file the proof of service, and defendant shall then have until **November 15, 2021** to file a reply.  The court will thereafter rule on the papers.

**IT IS SO ORDERED.**

Dated:  October 26, 2021

                                  /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge