UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY JOSE MEYERS,<br><br>Defendant. | Case No. 12-cr-00248-PJH-3<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**<br><br>Re: Dkt. No. 228 |

Defendant in the above-captioned case has filed a motion for enlargement of time to file his reply in support of his pro se motion for compassionate release. See Dkt. 228. Defendant asks for 30 days from the date of his request, which is dated October 23, 2021. Id. The court previously extended the time for defendant to reply until November 15, 2021. The court now GRANTS defendant's present motion for enlargement of time, and gives defendant until **November 23, 2021** to file a reply in support of his motion for compassionate release.

**IT IS SO ORDERED.**

Dated: November 5, 2021

                                          /s/ *Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
                                        United States District Judge