UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>ANTHONY JOSE MEYERS,<br>  Defendant. | Case No. 12-cr-00248-PJH-3<br><br>**ORDER GRANTING SECOND MOTION FOR ENLARGEMENT OF TIME**<br><br>Re: Dkt. No. 230 |

Defendant in the above-captioned case has filed a motion for enlargement of time to file his reply in support of his pro se motion for compassionate release. See Dkt. 230. Defendant asks for 30 days from the date of his request, which is dated November 2, 2021.[1] Id. The court previously extended the time for defendant to reply until November 23, 2021. See Dkt. 229. The court now GRANTS defendant's present motion for enlargement of time, and gives defendant until **December 2, 2021** to file a reply in support of his motion for compassionate release.

**IT IS SO ORDERED.**

Dated: November 16, 2021

　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The motion itself bears the date of "October 2," but that appears to be a typographical error, as the motion refers to a court order issued on October 26, and the motion was sent in an envelope with a postmark of November 2.