UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY JOSE MEYERS,<br>Defendant. | Case No. 12-cr-00248-PJH-3<br>**ORDER RE FURTHER BRIEFING ON MOTION FOR COMPASSIONATE RELEASE**<br>Re: Dkt. No. 218 |

Before the court is defendant's pro se motion for compassionate release. See Dkt. 218.  In the government's opposition to defendant's motion, it argues that defendant did not exhaust his administrative remedies before filing his motion.  See Dkt. 222 at 4. Specifically, the government argues that defendant's motion "does not reference filing such a petition with the warden at USP Beaumont," and further argues that "defendant has not alleged that he filed an administrative motion with the warden."  Id.

In reply, defendant agues that he "submitted a request to the warden at Lee County facility" (presumably referring to USP Lee in Lee County, Virginia) and that he was "subsequently transferred during the 30-day period."  Dkt. 234 at 3.  Defendant further argues that "he has submitted the request as the statute requires and waited the required 30 days."  Id.  Defendant did not submit a copy of his administrative request along with his reply brief.

Because the record is unclear on the issue of exhaustion, the court directs the government to file a supplemental brief on the issue – specifically, on the issue of whether defendant filed an administrative request before being transferred to USP

Beaumont, and if so, whether that request suffices for exhaustion purposes. If the government argues that defendant is required to re-exhaust when he is transferred to a new facility, it shall provide authority for that argument.

The government shall have until **January 19, 2022** to file a supplemental brief on the issue of exhaustion, not to exceed five (5) pages. The government is further directed to serve a copy of the supplemental brief on defendant.

If defendant wishes to respond to the government's supplemental brief, he shall have until **February 2, 2022** to do so. Any reply must also be limited to five (5) pages.

The motion for compassionate release will thereafter be decided on the papers.

**IT IS SO ORDERED.**

Dated: January 4, 2022

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge