UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTHONY JOSE MEYERS,<br>Defendant. | Case No. 12-cr-00248-PJH-3<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO MODIFY SENTENCE UNDER 18 U.S.C. § 3582**<br><br>Re: Dkt. No. 263 |

The defendant in the above-captioned case has filed a pro se motion to modify his sentence under 18 U.S.C. § 3582(c)(2).  See Dkt. 263.  The Federal Public Defender has filed a statement indicating that it does not intend to assume representation of defendant. See Dkt. 264.

There is no Sixth Amendment right to counsel with respect to a motion under 18 U.S.C. § 3582(c).  United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996). Nor is there a statutory right to counsel in connection with a motion brought under 18 U.S.C. § 3582(c).  "A person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance ... through appeal, including ancillary matters appropriate to the proceedings."  18 U.S.C. 3006A(c).  A motion brought under 18 U.S.C. § 3582(c) does not constitute an "ancillary matter[ ]" requiring counsel to be appointed.  See, e.g., United States v. Whitebird, 55 F.3d 1007 (5th Cir. 1995). Because defendant is not entitled to appointed counsel for purposes of filing a motion brought under 18 U.S.C. § 3582(c), the court will allow defendant's pro se motion to go forward.

The court sets briefing deadlines on defendant's motion to modify his sentence as follows: the government shall file an opposition, stipulation, or status report by September 8, 2023.  The government shall also file a proof of service showing that defendant has been served with the response.  The Probation Office shall also have until September 8, 2023 to file a response.  If the motion is opposed, defendant may file a reply brief fourteen days after the opposition is filed. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated:  August 18, 2023

                                                       /s/ *Phyllis J. Hamilton*
                                               PHYLLIS J. HAMILTON
                                               United States District Judge