UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY JOSE MEYERS,<br><br>    Defendant. | Case No. 12-cr-00248-PJH-3<br><br>**ORDER RE EX PARTE REQUEST FOR EXTENSION**<br><br>Re: Dkt. No. 266 |

The defendant in the above-captioned case has filed a pro se motion to reduce his sentence under 18 U.S.C. § 3582(c)(2).  See Dkt. 263.  The government has filed a motion styled as an ex parte motion for an extension of time to file an opposition to defendant's motion.  See Dkt. 266.  While the government explains that it is waiting for certain records related to defendant's underlying conviction, the government provides no reason why defendant could not have been notified of this requested extension, as required by Criminal Local Rule 47-3(a)(2).  Thus, while the requested extension is GRANTED, any similar future requests shall not be ex parte, unless the government can provide a specific reason why the relief should be granted without notice or with limited notice to defendant.

**IT IS SO ORDERED.**

Dated:  September 12, 2023

                                                                 /s/ *Phyllis J. Hamilton*
                                                              PHYLLIS J. HAMILTON
                                                              United States District Judge